UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**PATRIOT DISASTER SPECIALIST L L C**     **CASE NO. 2:22-CV-05979**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**CLAUDIA HODGES ET AL**                  **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to prosecute and failure to abide by orders of the court. The matter may be reinstated within 30 days only for good cause shown in writing and filed into the record.

**THUS DONE AND SIGNED** in Chambers this 3rd day of December, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**